# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOCHABED HULING,** )  | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **FRANKLIN COLLECTION** ) | |
| **SERVICE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## DEFENDANT FRANKLIN COLLECTION SERVICE, INC.'S NOTICE OF REMOVAL

**TO:** THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION and

**Shimson Wexler**
**The Law Offices of Shimson Wexler, P.C.**
**315 West Ponce De Leon**
**Suite 250**
**Decatur, Georgia 30030**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. Section 1446(a) and (b), the Defendant Franklin Collection Service, Inc., hereby removes this entire case to the United States District Court for the Northern District of Georgia, Atlanta Division, based on the following grounds:

1

1.This action is removable to the United States District Court under 28 U.S.C. Sections 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

2.Pursuant to 28 U.S.C. Section 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3.Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by the Defendant to this action, to wit: documents bates numbered 1 through 3.

4.Upon receipt of this Notice, no further action shall be taken in the Magistrate Court of Fulton County, State of Georgia.

5.By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

This 8th day of February, 2016.Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

*Counsel for Defendant,*
*Franklin Collection Service, Inc.*

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30098
Telephone: (678) 253-1871
E-mail: mchapman@bedardlawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JOCHABED HULING,** ) | |
| ) | **CIVIL ACTION NO.** |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **FRANKLIN COLLECTION** ) | |
| **SERVICE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the within and foregoing Defendant Franklin Collection Service, Inc.'s Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

**Shimson Wexler
The Law Offices of Shimson Wexler, P.C.
315 West Ponce De Leon
Suite 250
Decatur, Georgia 30030**

4

This 8th day of February, 2016.    Respectfully submitted,

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145