# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOCHABED HULING,** | ) |
| | ) CIVIL ACTION |
| **Plaintiff,** | ) FILE NO. 1:16-cv-00370-CC-JSA |
| | ) |
| v. | ) |
| | ) |
| **FRANKLIN COLLECTION** | ) |
| **SERVICE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Franklin Collection Service, Inc., Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.    Plaintiff, Jochabed Huling; and

      B.    Defendant, Franklin Collection Service, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

    A.    For Plaintiff, Jochabed Huling:

    Shimshon E. Wexler, 315 West Ponce De Leon, Suite 250, Decatur, Georgia 30030.

    B.    For Defendant, Franklin Collection Service, Inc.:

    John H. Bedard, Jr. and Michael K. Chapman of Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097.

This 16th day of February, 2016.    Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

*Counsel for Defendant,
Franklin Collection Service, Inc.*

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
mchapman@bedardlawgroup.com

-4-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **JOCHABED HULING,** | ) |
| | ) CIVIL ACTION |
| **Plaintiff,** | ) FILE NO. 1:16-cv-00370-CC-JSA |
| | ) |
| v. | ) |
| | ) |
| **FRANKLIN COLLECTION SERVICE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## CERTIFCATE OF SERVICE

I hereby certify that on this day I electronically filed Defendant's Rule 7.1 Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Shimshon Wexler
swexleresq@gmail.com

This 16th day of October, 2016.         Respectfully submitted,

                                                           BEDARD LAW GROUP, P.C.

                                                           /s/ Michael K. Chapman
                                                           Michael K. Chapman
                                                           Georgia Bar No. 322145