IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOCHABED HULING, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) FILE NO. 1:16-cv-00370-CC-JSA |
| | ) |
| v. | ) |
| | ) |
| FRANKLIN COLLECTION | ) |
| SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**FRANKLIN COLLECTION SERVICE, INC.'S
CONSOLIDATED MOTION AND BRIEF FOR LEAVE TO SUPPLEMENT
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
WITH ADDITIONAL AUTHORITY**

COMES NOW, Franklin Collection Service, Inc. (hereinafter, "Franklin" and/or "Defendant"), Defendant in the above-styled action and submits this consolidated motion and brief requesting leave of Court to supplement its presently pending Motion to Dismiss Plaintiff's First Amended Complaint (Docket Entry No. 5) with additional authority and shows the Court the following:

1.

On March 14, 2016, Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint (Docket Entry No. 5) to which Plaintiff filed a brief in

1

opposition (Docket Entry No. 6) and Defendant, in turn, filed a reply (Docket Entry No. 10).

2.

Defendant's Motion to Dismiss is currently awaiting disposition by the Court.

3.

On August 5, 2016, the U.S. District Court for the District of Kansas granted Defendant judgment on the pleadings in the matter of *Charles Covington v. Franklin Collection Services, Inc.*, Civil Action No. 2:16-cv-02262, Docket Entry No. 27.

4.

The facts and legal issues in the *Covington* case are nearly identical to the facts and legal issues in the present matter.

5.

Franklin believes and asserts that the substantial similarities among the facts, pleadings, and the nature of the dispositive motions in the present matter and the matter of *Charles Covington v. Franklin Collection Services, Inc.*, Civil Action No. 2:16-cv-02262, may be helpful and instructive in the Court's analysis of Franklin's presently pending motion to dismiss.

6.

A true and correct copy of the U.S. District Court for the District of Kansas's Order in the matter of *Charles Covington v. Franklin Collection Services, Inc.*, Civil Action No. 2:16-cv-02262, is attached hereto as Exhibit "A".

7.

This Court has the authority to allow the parties leave to supplement their pending motions with additional authority.  Defendant respectfully requests leave of Court to supplement its currently pending motion to dismiss Plaintiff's First Amended Complaint with the exhibit identified above as Exhibit "A".

WHEREFORE, Franklin Collection Service, Inc. respectfully requests that this Motion be granted and that this honorable Court grant Defendant leave of Court to supplement its Motion to Dismiss Plaintiff's First Amended Complaint (Docket Entry No. 5) with Exhibit "A" (identified above and attached hereto).

This 12th day of August, 2016.              Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

*Counsel for Defendant,*
*Franklin Collection Service, Inc.*

3

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
mchapman@bedardlawgroup.com

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D**

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that this document has been prepared using Times New Roman 14 point font.

This 12th day of August, 2016.        Respectfully submitted,

                                                BEDARD LAW GROUP, P.C.

                                                /s/ Michael K. Chapman
                                                Michael K. Chapman
                                                Georgia Bar No. 322145

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JOCHABED HULING,** | ) |
| | ) CIVIL ACTION |
| **Plaintiff,** | ) FILE NO. 1:16-cv-00370-CC-JSA |
| | ) |
| **v.** | ) |
| | ) |
| **FRANKLIN COLLECTION** | ) |
| **SERVICE, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed *Defendant Franklin Collection Service, Inc.'s Consolidated Motion and Brief for Leave to Supplement Motion to Dismiss Plaintiff's First Amended Complaint with Additional Authority* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney(s) of record:

Shimshon Wexler
swexleresq@gmail.com

This 12th day of August, 2016.        Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

5