IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOCHABED HULING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:16-CV-0370-CC-JSA |
| FRANKLIN COLLECTION SERVICE, : | |
| INC., : | |
| : | |
| Defendant. : | |

## SCHEDULING ORDER

Upon review of the Joint Preliminary Report and Discovery Plan [23] ("JPR") filed by the parties, the Court approves the deadlines, and **ORDERS** that the time limits for adding parties, amending pleadings, filing motions, completing discovery, filing a proposed pretrial order, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court except as herein modified.

This case has been assigned to a four-month discovery track and, pursuant to the Local Rules of this Court, the discovery period, including discovery from third parties, ends on **April 7, 2017**. *See* LR 26.2A, NDGa (the discovery period begins thirty days after the first defendant files an answer). The parties are advised that, **if a discovery dispute arises between the parties, counsel and** *pro se* **litigants are required to contact the chambers of the undersigned by telephone jointly, with**

**their adversary on the line, before filing a motion.** If successive attempts to contact the adversary are unsuccessful, if the adversary refuses to contact the Court jointly, or if there is some other good cause for why a joint call could not be accomplished, the initiating party may send a letter, not to exceed two (2) pages, describing the discovery issue for which relief is sought and the reasons why no joint call was made. This letter must be copied on all adversaries. Motions to compel, motions for protective order, motions for sanctions or any other motion arising out of a discovery dispute should ordinarily not be filed without a prior conference with the Court.

Pursuant to Local Rule 16.4, the parties must file a proposed pretrial order no later than thirty (30) days after the close of discovery, or entry of the court's ruling on any motions for summary judgment, whichever is later. *See* LR 16.4, NDGa. The Court extends the deadline for filing a proposed consolidated pretrial order until **forty (40) days** after the close of the discovery period, or, in the event that any party files a motion for summary judgment, until **thirty (30) days** after the district court's final ruling on all pending motions for summary judgment, whichever is later. Normally, motions for summary judgment are resolved based on the submissions. However, the Court will liberally grant any request for oral argument made within seven days of the filing of either party's principal brief so long as a certification is

made that a lawyer with no more than five years' experience since being admitted to a bar will handle the oral argument on behalf of one of the parties.

**IT IS SO ORDERED** this 6th day of December, 2016.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE